# EXHIBIT A

Check 'N Go
PO BOX 18209
CINCINNATI OH 45218-0209

# Check n Go



PATRICIA DAVIS

Dear Patricia Davis,

We wanted to let you know about a change to your account referenced above. Your account with a balance of $4,233.12 was acquired by Alliant Capital Mgmt, LLC. on or about 04/13/2019. Alliant Capital Mgmt, LLC. now owns your account and may contact you either directly or through an affiliate or third party.

If you have any questions about your account, please contact Alliant Capital Mgmt, LLC. at:

Alliant Capital Mgmt, LLC.
877-957-8334
3840 E Robinson Rd
#202
Buffalo, New York 14228

Sincerely,
Check `n Go Customer Service

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY
AND IS NOT AN ATTEMPT TO COLLECT A DEBT.



877-905-5467
2:07pm
8/19/19

128770-PL002-1601

7755 Montgomery Road, Cincinnati, OH 45236