UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PATRICIA DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br>vs.<br><br>BAYSIDE CAPITAL SERVICES LLC and ALLIANT CAPITAL MANAGEMENT LLC,<br><br>   Defendants. | Case No.: 19-cv-785<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. James D. Peterson |

  THE PLAINTIFF, Patricia Davis, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, Bayside Capital Services LLC and Alliant Capital Management, LLC, have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 18th day of December 2019.    By:    s/ Mark A. Eldridge
                           Mark A. Eldridge (SBN: 1089944)
                           ADEMI & O'REILLY, LLP
                           3620 East Layton Avenue
                           Cudahy, WI 53110
                           meldridge@ademilaw.com
                           tel (414) 482-8000
                           fax (414) 482-8001